# United States District Court
# Central District of California

| | |
|---|---|
| LAWRENCE ESCOBEDO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRA CONTRACTING INC.,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-00820-ODW(JCGx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**FIRST AMENDED COMPLAINT** |

The Court is in receipt of the Joint Stipulation to Amend Complaint. (ECF No. 21.) But the First Amended Complaint ("FAC") is only attached as an exhibit to the stipulation and not filed as a separate document as required by Central District Local Rule 15-1. Accordingly, Plaintiff Lawrence Escobedo is hereby **ORDERED TO SHOW CAUSE**, in writing, no later than **Thursday, August 14, 2014**, why the FAC has not been filed separately on the docket. This order to show cause will be discharged upon Escobedo's compliance with Local Rule 15-1.

**IT IS SO ORDERED.**

August 12, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**