# United States District Court
# Central District of California

| | |
|---|---|
| LAWRENCE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERRA CONTRACTINC, INC.; DOES 1–10, inclusive; ADAM MENKE; BARRICADE COMPANY, LLC,<br><br>　　　　　Defendants. | Case No. 2:14-cv-00820-ODW (JCGx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Joint Stipulation (ECF No. 52), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by July 25, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

June 9, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**