Andrew L. Ellis, Esq. SBN 167091
Andreea V. Custurea, Esq. SBN 297191
ELLIS LAW CORPORATION
883 N. Douglas Street
El Segundo, CA 90245
Telephone: (310) 641-3335

Attorneys for Plaintiff,
**LAWRENCE ESCOBEDO**

Robert Bergsten
Hosp, Gilbert & Bergsten
301 N. Lake Ave., Suite 410
Pasadena, CA 91101
tel. (626) 792-2400
fax (626) 356-9656

Attorneys for Defendants                                    JS-6
**Adam Menke and The Barricade Company, LLC**

## UNITED STATES DISTRICT  COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAWRENCE ESCOBEDO, an individual,<br><br>                          Plaintiff,<br><br>          vs.<br><br>TERRA CONTRACTING, INC., a Nevada<br>Corporation, Does 1-10, inclusive<br>                          Defendants. | **CASE**  2:14-CV-00820-ODW(JCGx)<br><br>**[Hon. Otis D. Wright, II, United States District Judge]**<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

**BASED UPON THE STIPULATION OF THE PARTIES,**

**IT IS SO ORDERED THAT THIS MATTER BE DISMISSED.**

Dated:  **June 10, 2015**

_____
   **Hon. Otis D. Wright, II**
   United States District Judge